

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 12-270-JVS |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| v. | (Fed. R. Crim. P. 32.1(a)(6) |
| BRIAN MICHAEL VAUGHT, | Allegation of Violations of Probation Supervised Release Conditions of Release) |
| Defendant. | |

On an arrest warrant issued by a United States District Court involving alleged violations of conditions of Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)   (x)   the appearance of defendant as required; and/or

(B)   (x)   the safety of any person or the community.

//

//

The court concludes:

A.   (x)  Defendant has not demonstrated by clear and convincing evidence that he does not pose a risk to the safety of other persons or the community based on:  defendant's failure to proffer or present evidence contradicting the allegations in the Probation Office's violation report regarding defendant's use of illegal drugs and commission of a residential burglary contained.

(B)   (x)  Defendant has not shown by clear and convincing evidence that he does not pose a risk of non-appearance based on: defendant's failure to proffer or present evidence contradicting the allegations in the Probation Office's violation report regarding defendant's use of illegal drugs, failures to appear for drug testing, failures to notify the Probation Officer, and failure to notify the Probation Officer of his change of residence.

IT IS ORDERED that defendant be detained.

Dated: 6.26.2014

_____
HONORABLE JAY C. GANDHI
UNITED STATES  MAGISTRATE JUDGE